**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 9 EM 2017
                       :
           Respondent      :
                       :
                       :
          v.             :
                       :
                       :
THEODORE D. PRZYBYSZEWSKI, JR.,   :
                       :
           Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.